UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

~~Magistrate~~ No.
~~04M-1069-JGD~~

04-10160-WGY

UNITED STATES OF AMERICA

v.

GEORGE MONTILLA

**MOTION TO HAVE DEFENDANT
TRANSPORTED INTO COURT
FOR THE PURPOSE OF BAIL INTERVIEW**

NOW comes the defendant in the above-entitled matter, by and through undersigned counsel, and respectively moves that the defendant be transported from where he is held at Old Colony Correctional Facility, Bridgewater, Massachusetts, to the Federal Court House, Boston, Massachusetts on Wednesday, June 2, 2004.

It is absolutely essential, that the defendant be made available to be interviewed before his Detention Hearing can conclude.

Respectfully submitted,
George Montilla
By his attorney,

*/s/ Ronald Ian Segal*
RONALD IAN SEGAL
23 Central Ave.
Suite 605
Lynn, MA 01901

## CERTIFICATE OF SERVICE

I, Ronald Ian Segal, Esquire, hereby certify that I have delivered copies of the within Motion To Have Defendant Transported Into Court For The Purpose Of Bail Interview by mailing same, by FEDERAL EXPRESS, PRIORITY OVERNIGHT, to Assistant United States Attorney Kevin McGrath, Esquire, One Courthouse Way, Suite 9200, Boston, Massachusetts 02210, this 26th day of May, 2004.

*Ronald Ian Segal*
RONALD IAN SEGAL