UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  | Criminal Action<br>No: **04-10160-WGY** |
|---|---|

**UNITED STATES**
Plaintiff

v.

**JUAN ROSARIO**
**JAVIER TORRES-ESPINO**
**GEORGE MONTILLA**
**LUIS CASTRO**
**RAMON VILLA**
**ANSELMO DOMINGUEZ**
**CESAR MIRANDA**
**PEDRO INFANTE**
Defendant

**NOTICE**

**YOUNG, C.J.**

This case is set for a SCHEDULING CONFERENCE on Monday Sept. 27, 2004 at 2:00 PM. All counsel are Ordered to be present unless leave of court is granted.

By the Court,

/s/ Elizabeth Smith

**Deputy Clerk**

July 27, 2004
To: All Counsel