UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CRIM. NO. 04-10160-WGY-(3) |
| ) | |
| GEORGE MONTILLA ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please withdraw my appearance on behalf of the above-named defendant, George Montilla, in the referenced matter.

As reason therefore, undersigned counsel states that successor counsel, Ronald Ian Segal of 23 Central Avenue, Suite 605, Lynn, Massachusetts 01901, has previously filed his appearance on behalf of the defendant.

Respectfully submitted,

Raymond E. Gillespie BBO# 192300
875 Massachusetts Avenue, Suite 32
Cambridge MA  02139
(617) 661-3222

September 11, 2004

notwith

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) CRIM. NO. 04-10160-WGY-(3)
)
GEORGE MONTILLA )

## CERTIFICATE OF SERVICE

I, Raymond E. Gillespie, hereby certify that I served the foregoing Notice of Withdrawal of Appearance Pro Hac Vice, on all parties, by mailing a copy thereof to Lenore Glaser, Esq., Law Office of Lenore Glaser, 25 Kingston Street, 6th Floor, Boston, MA 02111-2022, Stephen D. Judge, Esq., Law Office of Stephen D. Judge, 23 Central Avenue, #605, Lynn, MA 01901, Page Kelley, Esq., c/o Federal Defenders, 408 Atlantic Avenue, Boston, MA 02210, Paul Markham, Esq., P.O. Box 1101, Melrose, MA 02176, John C. McBride, Esq., McBride and Natola, The Waterfront Building, 240 Commercial Street, Boston, MA 02109, Ronald Ian Segal, Esq., 23 Central Avenue, Suite 605, Lynn, MA 01901 and Kevin McGrath, AUSA, 9300 U.S. District Court, One Courthouse Way, Boston, MA 02110 on the date indicated below:

Raymond E. Gillespie
Mass. B.B.O. #192300
875 Massachusetts Ave
Suite 32
Cambridge, MA 02139
(617) 661-3222

September __, 2004
certser