UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04-10160 (WGY) |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | |
| 1.  JUAN ROSARIO, | ) | |
|     a/k/a "Carlos Castro; | ) | - 21 U.S.C. § 846 |
| 2.  JAVIER TORRES-ESPINO, | ) | Conspiracy to Distribute, |
|     a/k/a "Danny" | ) | And to Possess with Intent |
| 3.  GEORGE MONTILLA, | ) | To Distribute, Cocaine |
|     a/k/a "Jose;" | ) | |
| 4.  LUIS CASTRO, | ) | - 21 U.S.C. § 853 |
|     a/k/a "Nene" | ) | Criminal Forfeiture |
| 5.  RAMON VILLA, | ) | |
|     a/k/a "Lorenzo Velasquez) | | |
|     a/k/a "Ramon," | ) | |
|     a/k/a "Jose Andino; | ) | |
| 6.  ANSELMO DOMINGUEZ; | ) | |
| 7.  CESAR MIRANDA, | ) | |
|     a/k/a "Tutu;" and | ) | |
| 8.  PEDRO INFANTE, | ) | |
|     a/k/a "Alex;" | ) | |
| | ) | |
| Defendants. | ) | |

## SUPERSEDING INDICTMENT

COUNT ONE:     (21 U.S.C. § 846 - Conspiracy to Distribute,
               and to Possess with Intent to Distribute,
               Cocaine).

The Grand Jury charges that:

Beginning on an unknown date but at least by in or about
November 2003 and continuing to on or about March 31, 2004, at
Haverhill, Lawrence, Boston and elsewhere in the District of
Massachusetts, in Nashua in the District of New Hampshire, and in
New York City, in the Southern District of New York, and
elsewhere,

1.    JUAN ROSARIO,
        a/k/a "Carlos Castro;"
2.    JAVIER TORRES-ESPINO,
        a/k/a "Danny;"
3.    GEORGE MONTILLA,
        a/k/a "Jose;"
4.    LUIS CASTRO,
        a/k/a "Nene"
5.    RAMON VILLA,
        a/k/a "Lorenzo Velasquez,"
        a/k/a "Ramon,"
        a/k/a "Jose Andino;"
6.    ANSELMO DOMINGUEZ;
7.    CESAR MIRANDA,
        a/k/a "Tutu;" and
8.    PEDRO INFANTE,
        a/k/a "Alex;"

defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with each other, and with other persons known and unknown to the Grand Jury, to distribute, and to possess with intent to distribute, cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

The conspiracy charged herein involved five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A)(ii).

## FORFEITURE ALLEGATION

The Grand Jury further charges that:

1.    As a result of the offense alleged in Count One of this

Indictment,

> 1.    **JUAN ROSARIO,**
>        **a/k/a "Carlos Castro;"**
> 2.    **JAVIER TORRES-ESPINO,**
>        **a/k/a "Danny;"**
> 3.    **GEORGE MONTILLA,**
>        **a/k/a "Jose;"**
> 4.    **LUIS CASTRO,**
>        **a/k/a "Nene"**
> 5.    **RAMON VILLA,**
>        **a/k/a "Lorenzo Velasquez,"**
>        **a/k/a "Ramon,"**
>        **a/k/a "Jose Andino;"**
> 6.    **ANSELMO DOMINGUEZ;**
> 7.    **CESAR MIRANDA,**
>        **a/k/a "Tutu;" and**
> 8.    **PEDRO INFANTE,**
>        **a/k/a "Alex;"**

defendants herein, shall forfeit to the United States any and all

property constituting, or derived from, any proceeds the

defendant obtained, directly or indirectly, as a result of the

offenses, and any property used or intended to be used, in any

manner or part, to commit, or to facilitate the commission of,

such offenses.  Such property includes, but is not limited to:

> (a)    $7,150 in United States currency seized from
>        GEORGE MONTILLA on March 12, 2004, in that such
>        sum represents drug proceeds, and

> (b)    $13,750 in United States currency seized from
>        Jimenez Grocery at Lawrence, MA on March 30, 2004,
>        in that such sum represents drug proceeds, and
>        further represents monies the Defendants intended
>        to use to purchase cocaine; and

2.    If any of the properties described in paragraph 1, above, as a result of any act or omission of the Defendants --

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the Court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

## NOTICE OF ADDITIONAL FACTORS

The Grand Jury further finds that:

1.   The defendant JUAN ROSARIO, a/k/a "Carlos Castro" is accountable for at least 15 kilograms, but not more than fifty kilograms, of cocaine.  Accordingly USSG §2D1.1(c)(3) applies to this defendant.

2.   The defendant JAVIER TORRES-ESPINO, a/k/a "Danny" is accountable for at least 15 kilograms, but not more than fifty kilograms, of cocaine.  Accordingly USSG §2D1.1(c)(3) applies to this defendant.

3.   The defendant GEORGE MONTILLA, a/k/a "Jose" is accountable for at least 2 kilograms, but not more than 3.5 kilograms, of cocaine.  Accordingly USSG §2D1.1(c)(6) applies to this defendant.

4.   The defendant LUIS CASTRO, a/k/a "Nene" is accountable for at least 15 kilograms, but not more than fifty kilograms, of cocaine.  Accordingly USSG §2D1.1(c)(3) applies to this defendant.

5.   The defendant RAMON VILLA, a/k/a "Lorenzo Velasquez," a/k/a "Ramon," a/k/a "Jose Andino" is accountable for at least 500 grams, but not more than 2 kilograms, of cocaine. Accordingly USSG §2D1.1(c)(7) applies to this defendant.

6.   The defendant ANSELMO DOMINGUEZ is accountable for at least 500 grams, but not more than 2 kilograms, of cocaine.

Accordingly USSG §2D1.1(c)(7) applies to this defendant.

7.    The defendant CESAR MIRANDA, a/k/a "Tutu" is accountable for at least 500 grams, but not more than 2 kilograms, of cocaine.  Accordingly USSG §2D1.1(c)(7) applies to this defendant.

8.    The defendant PEDRO INFANTE is accountable for at least 500 grams, but not more than 2 kilograms, of cocaine. Accordingly USSG §2D1.1(c)(7) applies to this defendant.

A TRUE BILL

_____
Foreperson of the Grand Jury

_____
Assistant United States Attorney


DISTRICT OF MASSACHUSETTS:


Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

9/23/04 @ 2:35pm

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**   Haverhill        **Category No.**   II           **Investigating Agency**   DEA

**City**   Haverhill                  **Related Case Information:**

**County**   Essex                    Superseding Ind./ Inf.   X          Case No.   04-CR-10160-WGY
                                      Same Defendant   X          New Defendant
                                      Magistrate Judge Case Number   04-M-1069-JGD
                                      Search Warrant Case Number
                                      R 20/R 40 from District of

**Defendant Information:**

Defendant Name   Ramon Villa                        Juvenile:   ☐ Yes   X No

Alias Name   "Lorenzo Velasquez," "Jose Andino," "Ramon"

Address   187-189 Sanborn Street, Lawrence, MA

Birthdate: _____ SS # _____ Sex: M   Race: Hispanic   Nationality: _____

**Defense Counsel if known:**   Paul Markham          Address  P.O. Box 1101

Bar Number   _____                              Melrose, MA  02176

**U.S. Attorney Information:**

AUSA   Cynthia W. Lie                    Bar Number if applicable

**Interpreter:**   X Yes   ☐ No        List language and/or dialect:   Spanish

**Matter to be SEALED:**   ☐ Yes   X No

   ☐ Warrant Requested        ☐ Regular Process        X  In Custody

**Location Status:**

Arrest Date        03/30/04

X  Already in Federal Custody as of        03/30/04        in   Boston, MA        .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:**   ☐ Complaint   ☐ Information   X Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   X Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

X    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.**

Date:   9/23/04          Signature of AUSA:

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**     Ramon Villa, a/k/a "Lorenzo Velasquez," "Jose Andino," "Ramon" _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. § 846 | Consp. to Distribute, and to Possess w/ Intent to Dist., Cocaine | 1 |
| Set 2   21 U.S.C. § 853 | Criminal Forfeiture | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS45 Villa.wpd - 2/7/02

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:** Haverhill    **Category No.** __II__    **Investigating Agency** __DEA__

**City** __Haverhill__     **Related Case Information:**

**County** __Essex__

Superseding Ind./ Inf. __X__    Case No. __04-CR-10160-WGY__
Same Defendant __X__    New Defendant _____
Magistrate Judge Case Number __04-M-1069-JGD__
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Javier Espino-Torres__    Juvenile:   ☐ Yes   X No

Alias Name __Danny Parades__

Address _____

Birthdate: _____ SS # _____ Sex: __M__ Race: __Hispanic__ Nationality: _____

**Defense Counsel if known:** _____    Address _____

Bar Number _____

**U.S. Attorney Information:**

AUSA __Cynthia W. Lie__    Bar Number if applicable _____

**Interpreter:**   X Yes   ☐ No    List language and/or dialect: __Spanish__

**Matter to be SEALED:**   ☐ Yes   X No

   ☐ Warrant Requested    ☐ Regular Process    X In Custody

**Location Status:**

Arrest Date __03/31/04__

X Already in Federal Custody as of __03/31/04__ in __Southern District of New York__.
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint    ☐ Information    X Indictment

**Total # of Counts:**   ☐ Petty _____ ☐ Misdemeanor _____ X Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

X    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __9/23/04__    Signature of AUSA: _____

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    Javier Espino-Torres, a/k/a "Danny Parades" _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. § 846 | Consp. to Distribute, and to Possess w/ Intent to Dist., Cocaine | 1 |
| Set 2   21 U.S.C. § 853 | Criminal Forfeiture | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

**Criminal Case Cover Sheet**                **U.S. District Court - District of Massachusetts**

**Place of Offense:**  Haverhill    **Category No.**  II _____    **Investigating Agency**   DEA _____

**City**   Haverhill _____         **Related Case Information:**

**County**   Essex _____          Superseding Ind./ Inf.   X _____     Case No.   04-CR-10160-WGY
                                    Same Defendant    X _____    New Defendant _____
                                    Magistrate Judge Case Number    04-M-1069-JGD _____
                                    Search Warrant Case Number _____
                                    R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   George Montilla _____         Juvenile:    ☐ Yes    X No

Alias Name   Jose _____

Address   22 Hilltop Street, Lawrence, MA _____

Birthdate: _____  SS # _____  Sex:  M    Race:  Hispanic _____  Nationality: _____

**Defense Counsel if known:**   Ronald Segal, Esq. _____    Address  23 Central Avenue, Suite 605 _____

Bar Number _____                Lynn, MA 01901 _____

**U.S. Attorney Information:**

AUSA   Cynthia W. Lie _____         Bar Number if applicable _____

**Interpreter:**    X  Yes    ☐ No       List language and/or dialect:    Spanish _____

**Matter to be SEALED:**    ☐ Yes    X  No

       ☐  Warrant Requested         ☐  Regular Process         X  In Custody

**Location Status:**

Arrest Date     03/30/04 _____

X  Already in Federal Custody as of     03/30/04 _____   in   Boston, MA _____ .
☐  Already in State Custody at _____   ☐ Serving Sentence    ☐ Awaiting Trial
☐  On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:**    ☐ Complaint    ☐ Information       X  Indictment

**Total # of Counts:**    ☐ Petty _____   ☐ Misdemeanor _____   X Felony  2 _____

Continue on Page 2 for Entry of U.S.C. Citations

X    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date: _____ 9/23/04 _____     Signature of AUSA: _____

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   George Montilla, a/k/a "Jose" _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. § 846 | Consp. to Distribute, and to Possess w/ Intent to Dist., Cocaine | 1 |
| Set 2  21 U.S.C. § 853 | Criminal Forfeiture | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

%JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**  Haverhill     **Category No.**  II          **Investigating Agency**  DEA

**City**  Haverhill                    **Related Case Information:**

**County**  Essex                    Superseding Ind./ Inf.  X          Case No.  04-CR-10160-WGY
                                     Same Defendant  X          New Defendant _____
                                     Magistrate Judge Case Number  04-M-1069-JGD
                                     Search Warrant Case Number _____
                                     R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Luis Castro                    Juvenile:  ☐ Yes    X No

Alias Name  Nene

Address  1 Clocktower Place, Apt. 114, Nashua, NH

Birthdate: _____  SS # _____  Sex:  M   Race:  Hispanic   Nationality: _____

**Defense Counsel if known:**   Stephen D. Judge, Esq.     Address  23 Central Avenue., #605

Bar Number _____                    Lynn, MA 01901

**U.S. Attorney Information:**

AUSA  Cynthia W. Lie                    Bar Number if applicable _____

**Interpreter:**    X Yes    ☐ No       List language and/or dialect:    Spanish

**Matter to be SEALED:**    ☐ Yes   X   No

       ☐ Warrant Requested        X Regular Process        ☐ In Custody

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____  in _____.
☐ Already in State Custody at _____  ☐ Serving Sentence    ☐ Awaiting Trial
X On Pretrial Release:   Ordered by:   JGD          on  05/18/04

**Charging Document:**    ☐ Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty _____  ☐ Misdemeanor _____  X Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

X    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  9/24/04          Signature of AUSA: _____

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Luis Castro, a/k/a "Nene" _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1    21 U.S.C. § 846 | Consp. to Distribute, and to Possess w/ Intent to Dist., Cocaine | 1 |
| Set 2    21 U.S.C. § 853 | Criminal Forfeiture | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**  Haverhill    **Category No.**  II _____    **Investigating Agency**  DEA _____

**City**  Haverhill _____    **Related Case Information:**

**County**  Essex _____    Superseding Ind./ Inf.  X _____    Case No.  04-CR-10160-WGY

Same Defendant    X _____    New Defendant _____

Magistrate Judge Case Number    04-M-1069-JGD _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Anselmo Dominguez _____    Juvenile:    ☐ Yes    X No

Alias Name _____

Address  82 Temple Street, Haverhill, MA _____

Birthdate: _____ SS # _____ Sex: M    Race: Hispanic    Nationality: _____

**Defense Counsel if known:**    John C. McBride, Esq. _____    Address  240 Commercial Street _____

Bar Number _____    Boston, MA 02109 _____

**U.S. Attorney Information:**

AUSA  Cynthia W. Lie _____    Bar Number if applicable _____

**Interpreter:**    X Yes    ☐ No    List language and/or dialect:    Spanish _____

**Matter to be SEALED:**    ☐ Yes    X No

☐ Warrant Requested    X Regular Process    ☐ In Custody

**Location Status:**

Arrest Date    03/30/04 _____

☐ Already in Federal Custody as of _____ in _____ .

☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial

X On Pretrial Release:    Ordered by:    JGD _____    on    04/15/04 _____

**Charging Document:**    ☐ Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    X Felony  2 _____

Continue on Page 2 for Entry of U.S.C. Citations

X    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  9/24/04 _____    Signature of AUSA: _____

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Anselmo Dominguez _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Consp. to Distribute, and to Possess w/ Intent to Dist., Cocaine | 1 |
| Set 2 | 21 U.S.C. § 853 | Criminal Forfeiture | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**  Haverhill    **Category No.**  II_____    **Investigating Agency**  DEA_____

**City**  Haverhill_____          **Related Case Information:**

**County**  Essex_____          Superseding Ind./ Inf.  X_____    Case No.  04-CR-10160-WGY
                                 Same Defendant  X_____    New Defendant _____
                                 Magistrate Judge Case Number  04-M-1069-JGD_____
                                 Search Warrant Case Number _____
                                 R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Pedro Infante_____          Juvenile:    ☐ Yes    X No

Alias Name  Alex_____

Address  62 Jackson Street Extension, #1, Haverhill, MA_____

Birthdate: _____ SS # _____ Sex: M_____ Race: Hispanic_____ Nationality: _____

**Defense Counsel if known:** _____          Address _____

Bar Number _____

**U.S. Attorney Information:**

AUSA  Cynthia W. Lie_____          Bar Number if applicable _____

**Interpreter:**    X Yes    ☐ No          List language and/or dialect:    Spanish_____

**Matter to be SEALED:**    ☐ Yes  ☐  No

       ☐  Warrant Requested          ☐  Regular Process          ☐  In Custody

**Location Status:**

Arrest Date   Fugitive_____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____    on _____

**Charging Document:**    ☐ Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    X Felony  2_____

Continue on Page 2 for Entry of U.S.C. Citations

X    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  9/24/04_____    Signature of AUSA: _____

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**     Pedro Infante, a/k/a "Alex" _____

## U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1   21 U.S.C. § 846 | Consp. to Distribute, and to Possess w/ Intent to Dist., Cocaine | 1 |
| Set 2   21 U.S.C. § 853 | Criminal Forfeiture | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                              **U.S. District Court - District of Massachusetts**

**Place of Offense:**  Haverhill      **Category No.**  II_____      **Investigating Agency**  DEA_____

**City**  Haverhill_____      **Related Case Information:**

**County**  Essex_____      Superseding Ind./ Inf.  X_____    Case No.  04-CR-10160-WGY
                            Same Defendant    X_____    New Defendant
                            Magistrate Judge Case Number    04-M-1069-JGD_____
                            Search Warrant Case Number _____
                            R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Cesar Miranda_____      Juvenile:    ☐ Yes    X No

Alias Name  Tuto_____

Address _____

Birthdate: _____  SS # _____  Sex:  M    Race:  Hispanic    Nationality: _____

**Defense Counsel if known:**    Lenore Glaser, Esq._____    Address  25 Kingston Street, 6th Floor_____

Bar Number _____                              Boston, MA  02111_____

**U.S. Attorney Information:**

AUSA   Cynthia W. Lie_____      Bar Number if applicable _____

**Interpreter:**    X Yes    ☐ No      List language and/or dialect:    Spanish_____

**Matter to be SEALED:**    ☐ Yes  X  No

     ☐  Warrant Requested      ☐  Regular Process      X  In Custody

**Location Status:**

Arrest Date    03/31/04_____

X  Already in Federal Custody as of    03/31/04_____    in    Boston, MA_____ .
☐  Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐  On Pretrial Release:    Ordered by: _____    on _____

**Charging Document:**    ☐ Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    X Felony  2_____

Continue on Page 2 for Entry of U.S.C. Citations

X    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.**

Date: _____      Signature of AUSA: _____

**District Court Case Number**    (To be filled in by deputy clerk): _____

**Name of Defendant**    Cesar Miranda, a/k/a "Tuto" _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Consp. to Distribute, and to Possess w/ Intent to Dist., Cocaine | 1 |
| Set 2 | 21 U.S.C. § 853 | Criminal Forfeiture | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                           **U.S. District Court - District of Massachusetts**

**Place of Offense:**   Haverhill      **Category No.**   II        **Investigating Agency**    DEA

**City**   Haverhill                     **Related Case Information:**

**County**   Essex                     Superseding Ind./ Inf.   X                     Case No.    04-CR-10160-WGY
                                         Same Defendant    X               New Defendant _____
                                         Magistrate Judge Case Number     04-M-1069-JGD
                                         Search Warrant Case Number
                                         R 20/R 40 from District of

**Defendant Information:**

Defendant Name   Juan Rosario                          Juvenile:      ☐ Yes    X No

Alias Name       Carlos Castro

Address          81 Blaisdell Street #1, Haverhill, MA

Birthdate:  1965    SS #  7818    Sex:  M    Race:  Hispanic          Nationality:

**Defense Counsel if known:**        Page Kelley, Esq.        Address  408 Atlantic Avenue

Bar Number                                               Boston, MA 02210

**U.S. Attorney Information:**

AUSA   Cynthia W. Lie                     Bar Number if applicable

**Interpreter:**    X Yes    ☐ No        List language and/or dialect:        Spanish

**Matter to be SEALED:**     ☐ Yes   X   No

       ☐  Warrant Requested         ☐  Regular Process        X  In Custody

**Location Status:**

Arrest Date        03/30/04

X  Already in Federal Custody as of        03/30/04          in    Boston, MA             .
☐  Already in State Custody at                    ☐ Serving Sentence      ☐ Awaiting Trial
☐  On Pretrial Release:    Ordered by:                        on

**Charging Document:**     ☐ Complaint      ☐ Information       X  Indictment

**Total # of Counts:**    ☐ Petty _____   ☐ Misdemeanor _____   X Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

X    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date:    9/24/04        Signature of AUSA:

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    Juan Rosario, a/k/a "Carlos Castro" _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. § 846 | Consp. to Distribute, and to Possess w/ Intent to Dist., Cocaine | 1 |
| Set 2  21 U.S.C. § 853 | Criminal Forfeiture | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____