UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v.   ) <br> ) <br> GEORGE MONTILLA   ) | Criminal No. 04-10160 (WGY) |

### DEFENDANT'S MOTION TO SUPRESS FRUITS OF UNLAWFUL SEARCH AND SEIZURE

NOW comes the defendant, George Montilla, by and through undersigned counsel, and respectfully requests that this Honorable Court grant his Motion to Suppress in the above-entitled matter on the following grounds:

1. There is a lack of demonstration in the investigative report of any suspicious behavior on behalf of the defendant-passenger that would justify the search of the defendant-passenger when the automobile was stopped.

2. The search of defendant was illegal because his consent not voluntary.

3. The search of the defendant constituted a search prohibited by the Fourth Amendment to the Constitution of the United States of America.

WHEREFORE, the defendant submits that all items recovered pursuant to said search are fruits of an illegal search, and should therefore be deemed inadmissible.

In support thereof, the defendant submits a Memorandum of Law, attached hereto and incorporated herewith.

Respectfully submitted,
GEORGE MONTILLA
By his attorney,

_____
RONALD IAN SEGAL
23 Central Avenue
Suite 605
Lynn, MA 01901
(781) 599-2800

## CERTIFICATE OF SERVICE

I, Ronald Ian Segal, Esquire, hereby certify that I have delivered copies of the within Defendant's Motion To Suppress Fruits Of Unlawful Search And Seizure and Memorandum Of Law In Support Of Defendant's Motion To Suppress Fruits Of Unlawful Search And Seizure, by mailing same, postage prepaid. to Assistant United States Attorney Kevin McGrath, Esquire, One Courthouse Way, Suite 9200, Boston, Massachusetts 02210, this 4th day of January, 2005.

_____
RONALD IAN SEGAL