FILED
IN CLERKS OFFICE
2005 JAN 27 P 3: 32

U.S. DISTRICT COURT
DISTRICT OF MASS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 04-10160-(WGY)

UNITED STATES OF AMERICA

VS.

GEORGE MONTILLA

### AFFIDAVIT OF COUNSEL

I, Ronald Ian Segal, under oath do say and depose as follows:

1. I represent the defendant, George Montilla in the matter of United States v. Juan Rosario et.al, Criminal Number 04-10160 (WGY), charged with conspiracy to distribute, and possession with intent to distribute a Schedule II Controlled Substance.

2. During a preliminary hearing/detention hearing, evidence was adduced showing that on March 12, 2004 at about 11:20 A.M., the defendant was a front-seat passenger in a motor vehicle traveling in Lawrence, Massachusetts. The vehicle was stopped and pulled over by Massachusetts State Police as it approached the intersection of Park Street and Exchange Street in Lawrence, Massachusetts.

3. Prior to the stop of that car, the defendant was not observed to have done anything which remotely bespoke any criminal activity.

4. The operator of the motor vehicle was issued a citation for a routine traffic violation by the State Police and the vehicle was ordered towed. At this point, the State Police requested the defendant's identification – with which he complied.

5. After the State Police officer took identification from the defendant and the back-seat passenger, the officer ordered them to exit the vehicle. Once outside the vehicle, the officer began to pat the defendant down and ultimately confiscated monies which he had on his person. The defendant was not asked for his consent.

1

6. The officer then began to ask the defendant questions. The defendant does not speak English. The officer kept the defendant at the scene until a Spanish-speaking officer arrived. The Spanish-speaking officer then asked the defendant a series of questions about the monies which the officer had confiscated from him. After some time, the defendant, along with the operator and the back-seat passenger of the vehicle, was sent from the scene in a taxi-cab. The officers kept the defendant's money.

**SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.**

_____
RONALD IAN SEGAL