# CERTIFICATE OF SERVICE

I, Ronald Ian Segal, Esquire, hereby certify that I have delivered copies of the within Affidavit of Defendant, Affidavit Of Counsel, and a copy of the partial transcript of the Detention Hearing heard on June 23, 2004, by mailing same, postage prepaid. to Assistant United States Attorney Kevin McGrath, Esquire, One Courthouse Way, Suite 9200, Boston, Massachusetts 02210, this 25th day of January, 2005.

_____
RONALD IAN SEGAL