UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 04-10160-(WGY)

UNITED STATES OF AMERICA

VS.

GEORGE MONTILLA

**AFFIDAVIT OF DEFENDANT**

I, George Montilla, under oath do say and depose as follows:

1. My name is George Montilla. I am a defendant in <u>United States v. Juan Rosario et.al</u>, Criminal Number 04-10160 (WGY), charged with conspiracy to distribute, and possession with intent to distribute a Schedule II Controlled Substance.

2. On March 12, 2004 at about 11:20 A.M., I was a front-seat passenger in a motor vehicle traveling in Lawrence, Massachusetts. The vehicle was stopped and pulled over by Massachusetts State Police as it approached the intersection of Park Street and Exchange Street in Lawrence, Massachusetts.

3. The operator of the motor vehicle was issued a citation for a routine traffic violation by the State Police and the vehicle was ordered towed. At this point, the State Police requested my identification – with which I complied.

4. After the State Police officer took identification from myself and the back-seat passenger, the officer ordered us to exit the vehicle. Once outside the vehicle, the officer began to pat me down and ultimately confiscated monies which I had on my person. I was not asked for my consent.

5. The officer then began to ask me questions. I do not speak English. The officer kept me at the scene until a Spanish-speaking officer arrived. The Spanish-speaking officer then asked me a series of questions about the monies which the officer had confiscated from me. After some time, I, along with the operator and the back-seat passenger of the vehicle, was sent from the scene in a taxi-cab. The officers kept my money.

**SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.**

X _____
GEORGE MONTILLA

## CERTIFICATE OF SERVICE

I, Ronald Ian Segal, Esquire, hereby certify that I have delivered copies of the within Affidavit of Defendant, Affidavit Of Counsel, and a copy of the transcript of the Detention Hearing heard on June 23, 2004, by mailing same, postage prepaid. to Assistant United States Attorney Kevin McGrath, Esquire, One Courthouse Way, Suite 9200, Boston, Massachusetts 02210, this 8th day of February, 2005.

_____
RONALD IAN SEGAL