Exhibit 2

## AFFIDAVIT OF JEFFREY BOUTWELL

I, **JEFFREY P. BOUTWELL**, hereby depose and state as follows:

1. I am employed as a State Trooper with the Massachusetts State Police, and have been so employed since December of 2000. I received my Bachelors Degree from Wesleyan University in June of 1998. I received my Masters Degree in Criminal Justice Administration from Western New England College in 2000. I attended the six month Massachusetts State Police Academy training in 2000. I am currently assigned to the Andover Barracks and have been so assigned since November 2002. My assignment covers the area of Interstate 93 from Woburn to the New Hampshire line and Interstate 495 from Lowell to the Haverhill line that includes Lawrence, Massachusetts. I have patrolled Lawrence, Massachusetts regularly since November of 2002.

2. On March 12, 2004, I was on the 7am to 3pm patrol shift parked on Park Street in Lawrence, Massachusetts. I know this area to be a high crime area for drug crimes and violence from my training and experience from patrolling the area. At approximately 11:20 p.m., I received a call from Trooper Stephen Gondella, who I knew to be with the Essex County Narcotics Task Force. He informed me that there was an ongoing narcotics investigation and asked me to identify the occupants of a brown Toyota Camry, Mass plates 5475WP. Trooper Gondella informed me

that the registration on this Camry had been revoked on December 22, 2003, due to insurance cancellation. I was parked on Park Street near Eutah Street. Trooper Gondella informed me that the Camry was last seen driving on Park Street.

3. I was driving a marked patrol vehicle and proceeded on Park Street towards Route 28. After crossing over Lawrence Street, I observed a brown Camry in front of me. I was right behind the Camry and confirmed the license plate as Mass plates 5475WP. I then activated lights and sirens. The Camry pulled over to the right side of the road and I pulled up behind the Camry.

4. I exited my patrol car and approached the driver's side first. I observed three male occupants. I asked the driver for his license and registration. He immediately produced his license and registration. Both documents identified the driver as Pablo Robles. I told him the reason he was stopped was because his registration had been revoked.

5. I asked the driver and the passengers some questions. They appeared nervous - instead of addressing me, they looked at each other and spoke Spanish in low tones. They did not look at me directly. I asked the other two occupants for identification which they produced, identifying them as Eligio Rolfott and George Montilla. I returned to my patrol car and called in to request to have the Camry towed. About that time, Trooper

2

Crystal Sloan arrived on the scene.

6. I returned to the Camry and asked Robles to exit the vehicle since the Camry was to be towed. I conducted a pat frisk for my safety and asked him to sit on the curb. I then asked the rear passenger, Rolffott, to exit the vehicle. I conducted a pat frisk and asked him to sit on the curb. I next asked the front passenger, Montilla, to exit the vehicle. While conducting a pat frisk, I felt a large, hard object in the inside pocket of his jacket. I opened the pocket and removed a large brick of cash. I continued the pat frisk and located another wad of cash in his front pant pocket. I asked him what the cash was for. He did not answer. I called the barracks to request a Spanish speaking officer from the Lawrence Police Department. I counted the money which totaled $5,010 in miscellaneous bills from the jacket pocket and $2,150 from the front pant pocket.

7. The Spanish speaking Lawrence Police Department Officer arrived on the scene. The Officer asked Montilla why he was carrying $7,160 in cash on his person. Montilla stated that he had saved the money. He stated that he worked as cab driver, and presently in construction for $8.50 per hour. He stated that he had saved the money over the past two months.

8. Given the information I had been given by Trooper Gondella and my experience and training, I believed that the money had been, was being, or was about to be used in illegal

narcotic activity. Therefore, I seized the money and gave Montilla a receipt for the cash. Montilla signed a receipt for the money. The Spanish speaking Officer advised Montilla of his rights regarding the seizure.

9. The vehicle inventory was completed, and the vehicle was towed by Coadys. Robles was issued citation # M0724747 summonsing him to Lawrence Court for operating after registration revocation and operating uninsured motor vehicle.

10. A short while later, I met Special Agent Christopher Brackett of the Drug Enforcement Agency and gave him custody of the money seized.

                                                JEFFREY P. BOUTWELL
                                                TROOPER, MASSACHUSETTS STATE POLICE

Dated: February 14, 2005