```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,    )
          Plaintiff,         )
                             )
     v.                      )    CRIMINAL NO. 02-40030-NMG
                             )
KEVIN A. PERRY, Jr.          )
          Defendant.         )
```

**UNITED STATES' MOTION FOR ISSUANCE OF A
PRELIMINARY ORDER OF FORFEITURE**

The United States, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves that this Court issue a Preliminary Order of Forfeiture in the above-captioned case pursuant to 21 U.S.C. §853. A proposed Preliminary Order is submitted herewith. In support thereof, the United States sets forth the following:

1. On or about November 20, 2002, a federal grand jury sitting in the District of Massachusetts returned a one-count Indictment charging defendant Kevin Perry, (the "Defendant"), with Conspiracy to Manufacture and to Possess with Intent to Distribute and to Distribute 3,4 Methylenedioxymethamphetamine/MDMA, in violation of 21 U.S.C. §§841(a)(1) and 846 (Count One).

2. The Indictment sought the forfeiture, as a result of committing the offense alleged in Count One of the Indictment, of any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offenses, and any and all property used, intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses,

pursuant to 21 U.S.C. §853.

3. On or about May 20, 2003, a Bill of Particulars for Forfeiture of Assets was filed seeking forfeiture of the following assets[1], including but not limited to:

1. 2002 M/V Augusta F4 Senna Motorcycle, vehicle identification number ZCGAGFLJ82V100459, seized from Kevin A. Perry on January 31, 2003, at 53 Center Street, Linwood, MA ("Senna Motorcycle");

2. 2001 Suzuki 1000 GSX Motorcycle, vehicle identification number JSIGT742A812108528, seized from Kevin A. Perry on January 31, 2003, at 53 Center Street, Linwood, MA ("Suzuki Motorcycle");

3. 2001 Ducatti Motorcycle, vehicle identification number ZDM1SB5T51B012457, seized from Kevin A. Perry on February 6, 2003, at Fast by Ferracci, 1901 Davisville Road, Willow Grove, PA ("Ducatti Motorcycle");

4. The contents of a savings account held in the name of Bonnie Perry, Citizens Bank Savings Account No. 1144893170, seized on February 24, 2003 ("Citizens Bank Account");

5. 2002 Yamaha Motorcycle, vehicle identification number JYARN10E32A005356, seized from Kevin A. Perry, on January 31, 2003, at 53 Center Street, Linwood, MA ("Yamaha Motorcycle");

6. 2001 USCAR Cargo Trailer, vehicle identification number 4X4UU82161W003800, seized from Kevin A. Perry, on January 31, 2003, at 53 Center Street, Linwood, MA ("USCAR Cargo Trailer");

7. Real Property located at 497 Windham Road, Brooklyn, CT, along with the White/Black, 1967 Marlette Mobile Home, ID# P-12-260RFKEA61178 located thereon, more particularly described in a deed to Kevin A. Perry

---

[1] On May 30, 2003, a Supplemental Bill of Particulars for Forfeiture of Assets was filed which included a 1996 Dodge Intrepid, vehicle identification number 2B3HD46T6TH199394, seized from Paul R. Fleming on November 5, 2002, at 168 Wright Pond Road, Canterbury, CT.

        recorded with the Brooklyn Land Records in Book 241, Page 72 ("Windham Road Property"); and

8. Real Property located at 168 Wright Pond Road, Canterbury, CT, along with the appurtenances located thereon, more particularly described in a deed to Kevin A. Perry and Gary D. West, as joint tenants with full rights of survivorship, recorded with the Canterbury Land Records in Liber 110, Page 1124 ("Wright Pond Road Property")(collectively the "Defendant Properties").

4. On or about January 18, 2005, pursuant to a written plea agreement, the Defendant pled guilty to Count One of the Indictment and agreed to the forfeiture of the Defendant Properties.

5. By virtue of the Defendant's guilty plea and pursuant to 21 U.S.C. §853(a) and Rule 32.2 of the Federal Rules of Criminal Procedure, the United States is now entitled to a Preliminary Order of Forfeiture against the Defendant Properties or substitute assets in a value up to the amount of the Defendant Properties.  See Rule 32.2(b)(2); 21 U.S.C. §853(p); United States v. Candelaria-Silva, 166 F.3d 19, 41 (1st Cir. 1999).

6. Upon the issuance of a Preliminary Order of Forfeiture, the United States will provide written notice to all third parties asserting a legal interest in the Defendant Properties and will publish notice in a newspaper of general circulation of the Court's Order and of the Unites States' intent to dispose of the Defendant Properties in such manner as the Attorney General may direct, pursuant to 21 U.S.C. §853(n).

WHEREFORE, the United States respectfully moves that this Court enter a Preliminary Order of Forfeiture against the Defendant Properties in the form submitted herewith.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney,

        /s/ JENNIFER H. ZACKS
        RACHEL E. HERSHFANG
        JENNIFER H. ZACKS
        Assistant U.S. Attorneys
        United States Courthouse
        Suite 9200
        1 Courthouse Way
        Boston, MA 02210
        (617) 748-3100

Date: June 2, 2005

## CERTIFICATE OF SERVICE

I certify that I have served a true copy of the foregoing upon Robert E. George, Esquire, P.O. Box 199, 509 Main Street, Sturbridge, MA 01566, and Thomas F. McEvilly, Esquire, 48 West Street, Leominster, MA 01453, as counsel for Defendant Kevin Perry, by first class mail.

        /s/ JENNIFER H. ZACKS
        JENNIFER H. ZACKS
        Assistant U.S. Attorney

Date: June 2, 2005