```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA,      )
          Plaintiff,           )
                               )
     v.                        )    CRIMINAL NO. 04-10160-WGY
                               )
GEORGE MONTILLA                )
     also known as JOSE,       )
          Defendant.           )
```

### UNITED STATES' MOTION FOR PRELIMINARY ORDER OF FORFEITURE

The United States, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves that this Court issue a Preliminary Order of Forfeiture in the above-captioned case pursuant to 21 U.S.C. §853. A proposed Preliminary Order is submitted herewith. In support thereof, the United States sets forth the following:

1.  On or about September 23, 2004, a federal grand jury sitting in the District of Massachusetts returned a one-count Superseding Indictment charging defendant George Montilla, also known as Jose, (the "Defendant"), with Conspiracy to Distribute, and to Possess with Intent to Distribute Cocaine, in violation of 21 U.S.C. §846 (Count One).

2.  The Superseding Indictment included a forfeiture allegation seeking the forfeiture, as a result of committing the offense alleged in Count One of the Superseding Indictment, of any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offense, and

any and all property used, intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense, pursuant to 21 U.S.C. §853. Such property includes, but is not limited to, $7,150 in United States currency seized from the Defendant on March 12, 2004, in that such sum represents drug proceeds ("Defendant Property").

    3.   The forfeiture allegation also provided that if the above-mentioned property, as a result of any act or omission of the Defendant, (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be subdivided without difficulty, it was the intention of the United States, pursuant to Title 21 U.S.C. §853(p), to seek forfeiture of any other property of the Defendant up to the value of the property above.

    4.   On or about June 1, 2005, a Change of Plea hearing was held whereby the Defendant pled guilty to Count One of the Superseding Indictment.

    5.   By virtue of the Defendant's guilty plea and pursuant to 21 U.S.C. §853(a) and Rule 32.2 of the Federal Rules of Criminal Procedure, the United States is now entitled to a Preliminary Order of Forfeiture against the Defendant Property or substitute assets in a value up to the amount of the Defendant Property. See Rule

32.2(b)(2); 21 U.S.C. §853(p); <u>United States v. Candelaria-Silva</u>, 166 F.3d 19, 41 (1st Cir. 1999).

    6.  Upon the issuance of a Preliminary Order of Forfeiture, the United States will provide written notice to all third parties asserting a legal interest in the Defendant Property and will publish notice in a newspaper of general circulation of the Court's Order and of the Unites States' intent to dispose of the Defendant Property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. §853(n).

    WHEREFORE, the United States respectfully moves that this Court enter a Preliminary Order of Forfeiture against the Defendant Property in the form submitted herewith.

> Respectfully submitted,
>
> MICHAEL J. SULLIVAN
> United States Attorney,
>
> <u>/s/ JENNIFER H. ZACKS</u>
> CYNTHIA W. LIE
> JENNIFER H. ZACKS
> Assistant U.S. Attorneys
> United States Courthouse
> Suite 9200
> 1 Courthouse Way
> Boston, MA 02210
> (617) 748-3100

Date: June 13, 2005

CERTIFICATE OF SERVICE

    I certify that I have served a true copy of the foregoing upon Ronald Ian Segal, Esquire, Segal & Judge, 23 Central Avenue, Suite 605, Lynn, MA 01901, as counsel for Defendant George Montilla, by first class mail.

                                      /s/ JENNIFER H. ZACKS
                                      JENNIFER H. ZACKS
                                      Assistant U.S. Attorney

Date: June 13, 2005