August 12, 2005                                         Case #: CR04-10162

Honorable Judge William Young,

My name is Santa Read Mr. Jorge Montilla,s fiancé, on behave of my self and the Montilla, Read, and Castillo Family we write to you the following:

We are not asking you more that you can do, but we ask you to do justice, by the name of the family Castillo, Read, and Montilla.

Mr. Jorge Montilla, is a noble person, and a very nice human being, because of Mr. Montilla being a good person he may have been influenced by the first person that offered to help him with his problem. I know Mr. Montilla made a mistake but may I remind you that we are all human beings.

We ask you to please give him another chance. His parents are elderly and very sick, and Jorge is their only son. We appreciate your time and consideration.

Attached is a letter regarding Mr. Montilla's health from his parents, also attached is a list of signatures from his friends and family who also support this letter.

We also wish to recommend that Mr. Montilla be moved to the Correctional Facility in Fort Dix FCI, New Jersey, so that his family would have the opportunity to visit him.

Expecting from you the best consideration for my fiancé will be greatfully appreciated.

                                                        Respectfully Yours,

                                                        *[signature]*
                                                        Santa Read

### Parents

Alfonso Montilla Mateo
T. Jonosa Castillo

### Kids

Jose O. Montilla Robles
Coralgi Montilla Estebez
Joselin Johanna Montilla Robles
Charina Pahola Montilla Ceballo
George Alfonzo Montilla Ceballo
Maret Montilla

### Brothers & Sisters

Seuenna Montilla
Thomasa Montilla
Narcela Montilla
Anna Montilla
Marcelina Montilla

### Aunts & Uncles

Gregorio Castillo de la Rosa
Gertrudiz Castillo
Barbina Castillo de la rosa
Agapito Castillo

### Friends

Eduard Quezada
Obalgio Balaguer
Sheyla Toxford

# JUAN DONASTORG ALVAREZ
## Internist Cardiologit
### Clinic del Rosario Perozo
Juan XXIII Ave. #157, Higuey D.R.
Teleph. (809)544-4474/2893
drdonastorg@codetel.net.do

Salvaleon de Higuey, Dominican Republic
25th day of May, 2005.

## TO WHOM IT CONCERN

Certifie that Mr. **ALFONSO MONTILLA MATEO**, dominican, born August 2, 1931 is my patient, whom has been Diagnose Strong-Stroke Internal Hard Condition from Miocardic Prior Long Time, antiques, DMII desconpensated with Diabetic Foot, with plan's to Amputate Definitive. Presently he's in very Bad Clinical Conditions.
To solicited a motion for parties interested on behave of the families, today May 25th, 2005.

Sincerely,
**Dr. Juan Donastorg Alvarez**
   Cadiologit-Internist.

Sworn and subscribed to
Me this 25th day May, 2005-05-25
A Notary Public State of Mass.
JESUS PASCUAL CIGOLLEN.
   My Commission Expires
      Sept. 16, 2005

# JUAN DONASTORG ALVAREZ

Cardiólogo-Internista.

## Clínica del Rosario Perozo

Av. Juan XXIII No. 157, Higuey, R.D.
Tels. 554-4474/2893.
drdonastorg@cotetel.net.do

Salvaleón de Higüey, Republica Dominicana,
22 de Marzo del año 2005.

### A QUIÉN PUEDA INTERESAR

Se hace constar que el señor **ALFONSO MONTILLA MATEO**, dominicano, nacido el 2 de Agosto del 1931, es mi paciente, a quien se le ha diagnosticado un INFARTO AGUDO DEL MIOCARDIO ANTERIOR EXTENSO antiguo, DMII descompensada, PIE DIABÉTICO en plan de amputación supracondílea.

Actualmente está en muy malas condiciones clínicas, por lo que su hijo **JORGE MONTILLA,** tiene interés de venir a ver a su padre.

Expedida a solicitud de la parte interesada, para los fines de lugar, hoy 22 de Marzo del 2005.

Atentamente,

**DR. JUAN DONASTORG ÁLVAREZ**
Médico Cardiólogo-Internista