```
 1                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS
 2
                                              Criminal No.
 3                                            04-10160-WGY

 4

 5

 6   * * * * * * * * * * * * * * * *
                                    *
 7   UNITED STATES OF AMERICA       *
                                    *
 8   v.                             *   SENTENCING EXCERPT
                                    *
 9   GEORGE MONTILLA                *
                                    *
10   * * * * * * * * * * * * * * * *

11

12            BEFORE:  The Honorable William G. Young,
                              District Judge
13

14

15

16

17

18

19

20

21

22

23

24                                    1 Courthouse Way
                                      Boston, Massachusetts
25
                                      October 18, 2005
```

```
 1              THE COURT:  Mr. George Montilla, in consideration
 2    of those factors enumerated under 18 United States Code,
 3    Section 3553(a), the information from the United States
 4    Attorney, your attorney, the probation officer and yourself,
 5    this Court sentences you to 42 months in the custody of the
 6    United States Attorney General.  Thereafter, the Court
 7    imposes upon you four years of supervised release.
 8              The Court imposes upon you no fine due to your
 9    inability to pay a fine, and the Court imposes upon you the
10    special assessment required by law.
11              The special conditions of your supervised release
12    are that you not commit any other crime; that you refrain
13    from the unlawful use of controlled substance, and submit to
14    a drug test within 15 days of your release from imprisonment
15    and two periodic drug tests thereafter not to exceed 104
16    tests per year; that you submit to a collection of a DNA
17    sample; that you're prohibited from possessing a firearm or
18    other dangerous weapon; if ordered deported you are to leave
19    the United States, not to return without the prior
20    permission of the Secretary of the Department of Homeland
21    Security.  You shall use your true name and you're
22    prohibited from using any false identifying information.
23              The Court will make a judicial recommendation that
24    you serve this sentence at the correctional facility at Fort
25    Devens, Massachusetts.  And he named a second one and I
```

```
 1   didn't catch it.  If it's not Fort Devens.  Your client --
 2           THE DEFENDANT:  Fort Dix.
 3           THE CLERK:  Fort Dix.
 4           THE DEFENDANT:  Fort Dix.
 5           THE CLERK:  Fort Dix.
 6           THE COURT:  Fort Dix.  And alternatively in Fort
 7   Dix.  I do recommend that the sentence be served in one of
 8   those two places.
 9           You'll have credit toward the service of that
10   sentence from March 31st, 2004 until the present.  I advise
11   you that you have the right to appeal from any finding or
12   ruling the Court makes against you.  Should you appeal and
13   should your appeal be successful in whole or in part this
14   case will be resentenced before another judge.
15           Now, Mr. Montilla, I'm very sympathetic to your
16   father's condition.  But I cannot let that affect the
17   judgment of the Court for this most severe crime.  You knew
18   what you were doing.  You were in a conspiracy to distribute
19   and to possess with intent to distribute cocaine, a most
20   dangerous contraband substance.  This is a just and a fair
21   sentence and the Court imposes it.
22           He's remanded to the custody of the marshals.
23           MR. SEGAL:  Thank you, your Honor.
24           (Whereupon the matter concluded.)
25
```